An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

BRANCH BANKING AND TRUST COMPANY, INC., A NORTH CAROLINA CORPORATION, Appellant,

vs.

BRYAN LEFEBVRE, AN INDIVIDUAL; AND ANITA LEFEBVRE, AN INDIVIDUAL, Respondents.

No. 63992

**FILED**

MAY 21 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

### ORDER OF REVERSAL AND REMAND

This is an appeal from a district court order granting summary judgment in a deficiency action. Second Judicial District Court, Washoe County; Scott N. Freeman, Judge.

On appeal, Branch Banking and Trust Company, Inc. (BB&T) argues that the district court erred in granting the LeFebvres' motion for summary judgment because NRS 40.459(1)(c) does not apply to BML Investments, LLC's loan. We agree.

We recently decided a nearly identical case in *Munoz v. Branch Banking and Trust Co. Inc.*, 131 Nev. Adv. Op. No. 23, ___ P.3d ___ (2015). In *Munoz*, we concluded that NRS 40.459(1)(c) is preempted by federal law whenever the loan in question was assigned by the Federal Deposit Insurance Corporation (FDIC). *Id.* at ___.

Because the FDIC assigned BML's loan to BB&T, NRS 40.459(1)(c) is preempted by federal law and does not apply. *Id.* at ___. Thus, the amount BB&T paid the FDIC for the assignment of BML's loan is irrelevant. The district court therefore erred in granting the LeFebvres' motion for summary judgment, because BB&T's right to a deficiency is to

 

15-15718

be determined based on the original loan agreement that BB&T acquired from the FDIC.[1] Accordingly, we

ORDER the judgment of the district court REVERSED AND REMAND this matter to the district court for proceedings consistent with this order.

_____, C.J.
Hardesty

_____, J.          _____, J.
Parraguirre                                      Douglas

_____, J.          _____, J.
Cherry                                            Saitta

_____, J.          _____, J.
Gibbons                                          Pickering

cc:     Hon. Scott N. Freeman, District Judge
        Madelyn Shipman, Settlement Judge
        Sylvester & Polednak, Ltd.
        Lemons, Grundy & Eisenberg
        Fahrendorf, Viloria, Oliphant & Oster, LLP
        Washoe District Court Clerk

---

[1]We have considered the parties' remaining arguments and conclude they are without merit.